UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET FORD,

       Plaintiff,                            Case No. 1:12-CV-1031

v.                                                  HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 6, 2013, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (Dkt. No. 18) recommending that Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), be granted in part and denied in part.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 6, 2013, R&R (Dkt. No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt. No. 14) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

**IT IS FURTHER ORDERED** that Defendant remit three-thousand, three-hundred, sixty-two dollars and fifty cents ($3,362.50) in fees and that such be paid directly to Plaintiff.

Dated: October 8, 2013                                       /s/ Robert Holmes Bell
                                                                      ROBERT HOLMES BELL
                                                                      UNITED STATES DISTRICT JUDGE